# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

In re Cranston Lamont Parks          \* Original Mandamus Proceeding

No. 11-13-00136-CV                 \* May 2, 2013

                                             \* Per Curiam Memorandum Opinion
                                                (Panel consists of: Wright, C.J.,
                                                McCall, J., and Willson, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.